# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MINOTAUR SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00344-JRG |
| AT&T INC., AT&T MOBILITY LLC, and AT&T SERVICES, INC., | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice"). (Dkt. No. 14.) In the Notice, Plaintiff dismisses "this action … with prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*See id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So Ordered this

**Dec 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE